No. 14–0594/NA.   U.S. v. Niclous P. Howard.   CCA 201300289.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 5, 2014.

No. 14–8018/AF.   Sean M. Oliver, Appellant v. United States, and Brigadier General Patrick X. Mordente, in his official capacity as, Commander, 86th Air Base Wing, United States Air Force, Appellees.   CCA 2014–04.   Appellant's motion to correct errata is granted.

Thursday, May 22, 2014

No. 14–0413/AF.   U.S. v. Jason A. Pate.   CCA 38250.   On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, we conclude that the assault consummated by battery offense (Specification 2 of Charge I) involving rib fractures is a lesser included offense of